**[Doess13p]** [District Order Granting Motion to Extend Time to File Schedules, Statements, or Chapter 13 Plan]

ORDERED.

**Dated: August 30, 2022**

*Jason A. Burgess*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:22–bk–01662–BAJ |
| | Chapter 13 |
| Todd Charles French | |
| aka Todd French | |
| | |
| _____Debtor*_____/ | |

### ORDER GRANTING MOTION TO EXTEND TIME
### TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN

THIS CASE came on for consideration, without hearing, of the Debtor's Motion to Extend Time to File Schedules, Statements and Chapter 13 Plan (Document No. 10) (the "Motion"). After reviewing the Motion, it is

***ORDERED:***

1. The Motion is **GRANTED**.

2. Debtor shall file all needed Schedules, Statements, and Chapter 13 Plan by *September 22, 2022*.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.